■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROY JOSEPH, Appellant. [845 NYS2d 754]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated July 5, 2005 (*People v Joseph*, 20 AD3d 435 [2005]), affirming a judgment of the Supreme Court, Kings County, rendered January 8, 2002.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Prudenti, P.J., Spolzino, Krausman and Florio, JJ., concur.